**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAPHNE MEADOWS-LOUBE, Individually and behalf of other members of the general public similarly situated.** | ) | **CASE NO. 1:20-cv-640** |
| **Plaintiffs,** | ) | **HONORABLE JUDGE JAMES S. GWIN** |
| **vs.** | ) | **MAGISTRATE JUDGE JONATHAN D. GREENBERG** |
| **OMNI PARK HEALTH CARE, LLC, *et al.*,** | ) | |
| **Defendants.** | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to a mediated settlement facilitated by Magistrate Judge Greenberg on December 28, 2020, and pursuant to the Court's Minutes of Proceedings dated December 29, 2020 (ECF. Doc. 15), and Order dated January 12, 2021, Plaintiff, Daphne Meadows-Lobue, Individually, and Defendants, Omni Park Health Care, LLC, Medsource Home Health Care, Inc., Avidity Home Care, Inc., United Care Team, Inc. (hereinafter collectively "Defendants"), by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), and hereby stipulate that Plaintiff's Complaint filed March 25, 2020, and the entire within action, is hereby dismissed with prejudice as to future action. As reflected in the Minutes of Proceedings dated December 29, 2020 (ECF. Doc. 15), the Court shall retain jurisdiction to enforce the terms of the Agreement reached before Magistrate Judge Greenberg on December 28, 2020.

Respectfully submitted,

*/s/ Adam C. Gedling*
*/s/ Adam C. Gedling*
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
COFFMAN LEGAL, LLC
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
(614) 949-1181 - phone
(614) 386-9964 – fax
mcoffman@mcoffmanlegal.com
agedling@mcoffmanlegal.com

*Attorneys for Plaintiff*

*/s/ Richard A. Millisor*
*/s/ Richard A. Millisor*
Richard A. Millisor (0085586)
Jazmyn J. Stover (00088580)
FISHER & PHILLIPS LLP
200 Public Square, Suite 4000
Cleveland, Ohio 44114
(440) 838-8800 – Telephone
(440) 838-8805 – Facsimile
rmillisor@fisherphillips.com
jstover@fisherphillips.com

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 1/20/2021

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE